In the Matter of a Plan for Readjustment of the Rights of Holders of Investments in a Mortgage Covering 136 TO 138 WEST 55TH STREET, BOROUGH OF MANHATTAN, Guaranteed by LAWYERS TITLE AND GUARANTY COMPANY. (Mortgage No. 430,326.) In the Matter of the Accounting of SAMUEL J. KRINN, as Trustee, Respondent. 138 WEST 55TH STREET CORPORATION, Appellant.

Argued November 18, 1952; decided December 4, 1952.

*Stephen S. Bernstein* and *Frederick R. Ballen* for appellant.
*Louis M. Fribourg* and *Albert W. Fribourg* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.